IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **06-cv-951-AP**

**KAREN L. KORUM ,**

       Plaintiff,

v.

**JO ANNE B. BARNHART, Commissioner of Social Security,**

       Defendant.

## ORDER FOR REMAND

Kane, J.

This matter is before me on the Commissioner's Unopposed Motion for Remand. The Commissioner represents it is the Appeals Council's intent to remand the matter to an ALJ for further development of the record and a new decision, and that the ALJ will be directed to provide a function-by-function assessment of Plaintiff's RFC and to obtain supplemental tesimony from a vocational expert. Based on those representations, the Motion is GRANTED and the case remanded for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

The Clerk shall enter judgment in accordance with Fed. R. Civ. P. 58.

Dated:  August 21, 2006                    **s/John L. Kane**
                                                          SENIOR U.S. DISTRICT JUDGE