IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **06-cv-951-AP**

**KAREN KORUM**,

       Plaintiff,

v.

**JO ANNE B. BARNHART, Commissioner of Social Security,**

       Defendant.

## ORDER

Kane, J.

The Unopposed Motion for EAJA Attorney Fees, filed November 15, 2006, is **GRANTED**.  In consideration thereof, it is

**ORDERED** that the Defendant pay to Plaintiff, through counsel, reasonable attorney fees in the amount of **$277.20**.

Dated at Denver, Colorado, this 15th day of November, 2006.

                                BY THE COURT:

                                **S/John L. Kane**
                                JOHN L. KANE, SENIOR JUDGE
                                UNITED STATES DISTRICT COURT